# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
January 7, 2021

Lyle W. Cayce
Clerk

No. 19-51013

John Doe,

*Plaintiff—Appellant*,

*versus*

Melissa Harrell, Individually and in her official capacity; Laura E. Mitchell, Individually and in her official capacity; Rena S. Day, Individually and in her official capacity; Board of Regents of the University of Texas System,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:19-CV-415

Before Haynes, Higginson, and Oldham, *Circuit Judges*.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED. [1]

IT IS FURTHER ORDERED that Appellant pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

[1] Judge Oldham concurs in the judgment only.